IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| INGALLS SHIPBUILDING, INC. | PLAINTIFF |
| VERSUS | CIVIL ACTION NO. 1:01cv396WJG-JMR |
| FEDERAL INSURANCE COMPANY | DEFENDANT |
| CONSOLIDATED WITH | |
| NIGEL S. BROUSSARD | PLAINTIFF |
| VERSUS | CIVIL ACTION NO. 1:99cv451WJG-JMR |
| TRANSOCEAN OFFSHORE, INC., INDUSTRIAL CORROSION CONTROL, INC., MH-PYRAMID, INC. and CRAFT WELDING & CONTRACTING CO. | DEFENDANTS |
| AND | |
| TRANSOCEAN OFFSHORE, INC. | THIRD-PARTY PLAINTIFF |
| VERSUS | CIVIL ACTION NO. 1:01cv374WJG-JMR |
| INDUSTRIAL CORROSION CONTROL, INC., INGALLS SHIPBUILDING, INC. and MH-PYRAMID, INC. | THIRD-PARTY DEFENDANTS |
| AND | |

| | |
|---|---|
| INGALLS SHIPBUILDING, INC. | FOURTH-PARTY PLAINTIFF |
| VERSUS | |
| CERTIFIED EMPLOYEE SERVICES, INC. | FOURTH-PARTY DEFENDANT |

CONSOLIDATED WITH

| | |
|---|---|
| TRANSOCEAN OFFSHORE, INC. | PLAINTIFF |
| VERSUS | CIVIL ACTION NO 1:01cv374WJG-JMR |
| TUDOR INSURANCE COMPANY; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA; NATIONAL FIRE AND MARINE INSURANCE COMPANY; REBSAMEN INSURANCE, INC. | DEFENDANTS |

## AGREED ORDER OF DISMISSAL AND FINAL JUDGMENT IN FAVOR OF NATIONAL FIRE & MARINE INSURANCE COMPANY

THIS MATTER having come before the Court by agreed submission of this Order of Dismissal and Final Judgment in Favor of National Fire & Marine Insurance Company in this cause of action, and this Court having been well-briefed in the premises by counsel of record, and specifically noting that this cause of action has been amicably resolved between the undersigned parties and should be dismissed with prejudice, hereby finds that this agreed submission for Order of Dismissal and Final Judgment in Favor of National Fire & Marine Insurance Company is well taken and should be granted. It is therefore,

ORDERED AND ADJUDGED that Defendant, National Fire and Marine Insurance Company, is dismissed from the above-referenced cause of action, with prejudice, as to Plaintiffs, Transocean Offshore, Inc.

SO ORDERED AND ADJUDGED this, the 13th day of June, 2006.


                                                    *Walter J. Gex III*
                                      UNITED STATES SENIOR DISTRICT JUDGE

Submitted by:

By:    s/Douglas Bagwell
         Douglas Bagwell, MB #1682
         Carr Allison
         14231 Seaway Road
         Building 2000, Suite 2001
         Gulfport, MS 39503
         *Attorneys for National Fire and Marine*
         *Insurance Company, Defendant*

Agreed:

By:    s/John A. Scialdone
         JOHN A. SCIALDONE, MB #9524
         Balch & Bingham, LLP
         P.O. Box 130
         Gulfport, MS 39501
         *Attorneys for Transocean Offshore, Inc.,*
         *Plaintiff*