

SOUTHERN DISTRICT OF MISSISSIPPI
**FILED**
SEP - 5 2006
J. T. NOBLIN, CLERK
BY_____DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

INGALLS SHIPBUILDING, INC., et al                                    **PLAINTIFFS**

VERSUS                              CIVIL ACTION NO. 1:01CV396WJG-JMR

FEDERAL INSURANCE COMPANY, et al                                **DEFENDANTS**

CONSOLIDATED WITH

NIGEL BROUSSARD                                                        **PLAINTIFF**

VERSUS                              CIVIL ACTION NO. 1:99CV451WJG-JMR

TRANSOCEAN OFFSHORE, INC.,
INDUSTRIAL CORROSION CONTROL,
INC., MH-PYRAMID, INC. and CRAFT
WELDING & CONTRACTING CO.                                        **DEFENDANTS**

                              AND

TRANSOCEAN OFFSHORE, INC.                        **THIRD-PARTY PLAINTIFF**

VERSUS                              CIVIL ACTION NO. 1:01CV374WJG-JMR

INDUSTRIAL CORROSION CONTROL,
INC., INGALLS SHIPBUILDING, INC.,
and MH-PYRAMID, INC.                              **THIRD-PARTY DEFENDANTS**

                              AND

INGALLS SHIPBUILDING, INC.                        **FOURTH-PARTY PLAINTIFF**

VERSUS

CERTIFIED EMPLOYEE SERVICES, INC.                **FOURTH-PARTY DEFENDANT**

CONSOLIDATED WITH

TRANSOCEAN OFFSHORE, INC.                                              **PLAINTIFF**

VERSUS                              CIVIL ACTION NO. 1:01CV374WJG-JMR

TUDOR INSURANCE COMPANY,
NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA,
NATIONAL FIRE AND MARINE INSURANCE
COMPANY, REBSAMEN INSURANCE, INC.                                **DEFENDANTS**

## AGREED ORDER OF DISMISSAL
## AND SATISFACTION OF JUDGMENT

THIS MATTER having come before the Court by agreed submission and the Court being advised that these consolidated cases have been settled as between the undersigned parties and the Court further finding that Ingalls Shipbuilding, Inc. should be dismissed with prejudice, and the Final Judgment against Ingalls dated June 9, 2003 should be satisfied and canceled.  It is therefore,

ORDERED AND ADJUDGED that Defendant, Ingalls Shipbuilding, Inc., now Northrop Grumman Ship Systems, Inc., is hereby dismissed from these consolidated cases with prejudice, and the Final Judgment against Ingalls dated June 9, 2003 is satisfied and canceled with each party to bear their own costs.

SO ORDERED AND ADJUDGED, this the ___1st___ day of ___Sept___, 2006.

_____
UNITED STATES SENIOR DISTRICT JUDGE

Submitted and approved by:

_____
RICHARD P. SALLOUM, MB#6417
FRANKE & SALLOUM, PLLC
2605 - 14th Street
Post Office Drawer 460
Gulfport, MS 39502
*Attorney for Ingalls Shipbuilding, Inc. now*
*Northrop Grumman Ship Systems, Inc.*

_____
JOHN A. SCIALDONE, MB#9524
Balch & Bingham, LLP
Post Office Box 130
Gulfport, MS 39502
*Attorney for Transocean Offshore, Inc.*

2